IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **CROWN EQUIPMENT CORPORATION** | : | CASE NO. 3:24-CV-00145 |
| Plaintiff, | : | Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| v. | : | |
| **NAUMANN/HOBBS MATERIAL HANDLING CORPORATION II, INC.** | : | |
| Defendant. | : | |

**ORDER GRANTING PLAINTIFF CROWN EQUIPMENT CORPORATION'S UNOPPOSED MOTION TO STAY UNDER 9 U.S.C. § 3**

This matter is before the Court on *Plaintiff Crown Equipment Corporation's Unopposed Motion to Stay Under 9 U.S.C. § 3* (Doc. #10). Upon consideration of the Motion and for good cause shown, the Court hereby **GRANTS** the Motion and **ORDERS** this matter be stayed pending the ongoing arbitration between the parties with the American Arbitration Association, Case No. 01-24-0005-3526 ("Arbitration"). The Court will continue to retain jurisdiction to act under or enforce any other Section of the Federal Arbitration Act in furtherance of the parties' Arbitration.

Plaintiff shall file a status report every sixty (60) days until the arbitration proceedings conclude. Once those proceedings conclude, Plaintiff shall notify the Court.

**IT IS SO ORDERED.**

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge